UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **U.S. SECURITIES AND EXCHANGE COMMISSION**,<br><br>        Plaintiff,<br><br> -against-<br><br>**SERGEI POLEVIKOV**,<br><br>        Defendant, and<br><br>**MARYNA ARYSTAVA**,<br><br>        Relief Defendant. | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 7/29/22<br><br>Civil Action No. 1:21-CV-7925 |

**(PROPOSED) FINAL JUDGMENT AS TO DEFENDANT SERGEI POLEVIKOV**

The Securities and Exchange Commission having filed a Complaint and Defendant Sergei Polevikov having entered a general appearance; consented to the Court's jurisdiction over Defendant and the subject matter of this action; waived findings of fact and conclusions of law; waived any right to appeal from this Final Judgment, and not opposing entry of this Final Judgment; and good cause being found that this Final Judgment is fair, reasonable, and in the public interest:

**I.**

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this Final Judgment incorporates by reference the terms of the Judgment imposed by this Court on February 9, 2022.

**II.**

IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED that Defendant shall pay disgorgement of ill-gotten gains in the amount of $8,564,977.

1

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Defendant's obligation to make this payment shall be deemed satisfied by the entry of the forfeiture order in the related criminal case, *United States v. Sergei Polevikov*, Cr. No. 21-CR-774 (LJL) (S.D.N.Y.).

### III.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Defendant's Consent [Dkt No. 28-1] is incorporated herein with the same force and effect as if fully set forth herein, and that Defendant shall comply with all of the undertakings and agreements set forth therein.

### IV.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

Dated: July 29, 2022

_____
UNITED STATES DISTRICT JUDGE