UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **U.S. SECURITIES AND EXCHANGE COMMISSION**,<br><br>                    Plaintiff,<br><br>      -against-<br><br>**SERGEI POLEVIKOV**,<br><br>                    Defendant, and<br><br>**MARYNA ARYSTAVA**,<br><br>                    Relief Defendant. | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED:   7/29/22<br><br>Civil Action No. 1:21-CV-7925 |

**~~(PROPOSED)~~ ORDER OF DISMISSAL WITH PREJUDICE AS TO RELIEF DEFENDANT MARYNA ARYSTAVA**

Upon the motion of Plaintiff Securities and Exchange Commission, the Court hereby dismisses with prejudice the Commission's claim in this action against Relief Defendant Maryna Arystava.

Dated:    July 29, 2022

_____
UNITED STATES DISTRICT JUDGE